**No. 09-7925. Thomas W. Hill, Petitioner v. David Richard Hillier.**

559 U.S. 933, 130 S. Ct. 1517, 176 L. Ed. 2d 106, 2010 U.S. LEXIS 1065.

February 22, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit dismissed. See Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and petition submitted in compliance with Rule 33.1. See Martin v. District of Columbia Court of Appeals, 506 U.S. 1, 113 S. Ct. 397, 121 L. Ed. 2d 305 (1992) (per curiam). Justice Stevens dissents. See id., at 4, 113 S. Ct. 397, 121 L. Ed. 2d 305, and cases cited therein.

Same case below, 331 Fed. Appx. 250.

**No. 09-8048. Richard C. Eline, Petitioner v. Hawaii Department of Public Safety.**

559 U.S. 933, 130 S. Ct. 1529, 176 L. Ed. 2d 106, 2010 U.S. LEXIS 1073.

February 22, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit dismissed. See Rule 39.8.

**No. 09-8453. John J. McCarthy, Petitioner v. United States.**

559 U.S. 933, 130 S. Ct. 1553, 176 L. Ed. 2d 106, 2010 U.S. LEXIS 1096.

February 22, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Second Circuit dismissed. See Rule 39.8.

**No. 09-8646. Edward Dane Jeffus, Petitioner v. D. B. Drew, Warden.**

559 U.S. 933, 130 S. Ct. 1565, 176 L. Ed. 2d 106, 2010 U.S. LEXIS 1076.

February 22, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit dismissed. See Rule 39.8.

**No. 09M67. Robert Neely, Petitioner v. Luis Marshall, Superintendent, Sing Sing Correctional Facility.**

559 U.S. 933, 130 S. Ct. 1567, 176 L. Ed. 2d 106, 2010 U.S. LEXIS 1158.

February 22, 2010. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

**No. 09M68. Rogers Murrell, Petitioner v. Eric K. Shinseki, Secretary of Veterans Affairs.**

559 U.S. 933, 130 S. Ct. 1567, 176 L. Ed. 2d 106, 2010 U.S. LEXIS 1390.

February 22, 2010. Motion for leave to proceed as a veteran denied.

**No. 09M69. James B. Thompson, Petitioner v. Erik K. Shenseki, Secretary of Veterans Affairs.**

559 U.S. 933, 130 S. Ct. 1567, 176 L. Ed. 2d 106, 2010 U.S. LEXIS 1233.

February 22, 2010. Motion for leave to proceed as a veteran denied.